JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MY NGO,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>A. HEDGPETH, Warden,<br><br>　　　　Respondent. | Case No. EDCV 08-0965-CAS (RNB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 21, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE